Dear Judge Henderson:                                                                 January 29, 2015

Re: Docket No.: 0971 3:14CR00295-001 TEH
    United States of America vs Rob Bradley Strahan

    My name is Rob Strahan. I will be appearing before you on Monday, February 9, 2015 for sentencing in the above referenced case. I want to drop you a brief letter of introduction to tell you a little bit about myself. I want to give you a "face" through my written words since the only time you have heard my voice is when I said "guilty, your Honor". On November 3, 2014 I pled guilty to two counts of wire fraud; one count of mail fraud, and one count of tax evasion.

    Fifty-one years ago I was born in Oakland, California. I was mostly raised in Oregon. I have maintained steady employment throughout my teen and adult life. I have worked as a paperboy; a lifeguard; an adult education instructor; an administrative assistant; a Development Director; an office manager; a Chief Financial Officer, and even a florist. Over the years I have been fortunate to work for many fine non-profits and for profits including my most recent employer.

    I was also blessed with the opportunity to attend college. Even though I did not complete my degree, I have a future goal of finishing my bachelors in

Page 2

Public Administration/Public Health. I also want to expand my knowledge in music (piano); culinary arts; foreign languages (French and Spanish) and sign language. I am always thirsty for knowledge.

What brings me before you on Monday, February 9 is a terrible breach of trust I committed against my previous employer (referred to in this letter as mx). I am responsible for the embezzlement of $928,000 from that employer. The mx was like family to me. I am truly sorry for what I have done.

I want to tell you why I did this crime; not as an excuse, but for your understanding. I found myself in the position of supporting many of my friends and acquaintances. Many of them homeless and several of them with children. I was paying for their rent, hotel rooms, food, clothing, transportation, school supplies, etc. A great number of people depended on me. I wanted to help them but it was at the expense and detriment of the mx.

I was not thinking clearly. Much of this had to do with a long history of alcohol abuse as well as my recent discovery of some mental health issues. I have been drinking for over 25 years. Since my early 40s, the drinking has become increasingly worse. To the point of drinking daily. Since my incarceration, I have been meeting with a therapist as well as participating in the jail drug and alcohol program (D.E.U.C.E

I have been working through many issues which has led to a diagnosis of anxiety, depression and PTSD (post-traumatic stress disorder).

I know what I did was wrong and I am coming in front of you for the consequences to my actions. As part of your decision, I would like to make two requests that will better my future.

1) I would like to be sentenced to the Federal Correction Institutions minimum security @camp in Sheridan, Oregon. I would like to be closer to my only surviving blood relations - my two brothers that live close to this area. I have been estranged from them for almost 30 years. I would like the opportunity to mend these relationships. I would also be able to take Advanced Occupational Education course work in business computer applications as well as Vocational Training in Landscape design and pesticide management.

2) I would like a recommendation from you for the RDAP (residential abuse treatment) program offered by the Bureau of Prisons. I want to continue my healthy rehabilitation that I have started in the county jail.

These two requests will help me to return to San Francisco, after my release, a better and more productive citizen. I have a rough road ahead of

Page 4

me that will include finding a job; locating housing; repaying the loss mx suffered; paying the IRS, etc. These two requests will help me meet my goals.

I hope this gives you a better insight on the person who is standing in front of you. Thank you for taking the time to read this letter.

Best regards
Rob B Strahan
Rob B Strahan